**AFFIRM; and Opinion Filed September 30, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00116-CR
No. 05-13-00117-CR

**JENNY REBECCA BONHAM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-54172-Q, F12-54174-Q**

## MEMORANDUM OPINION

Before Justices O'Neill, Lang-Miers, and Evans
Opinion by Justice Lang-Miers

Jenny Rebecca Bonham waived a jury and pleaded guilty to robbery and evading arrest while using a vehicle. *See* TEX. PENAL CODE ANN. §§ 29.02(a), 38.04(a), (b)(1)(B) (West 2011 & Supp. 2012). The trial court assessed punishment at ten years' imprisonment in each case. On appeal, appellant's attorney filed a brief in which he concludes the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811 (Tex. Crim. App.

[Panel Op.] 1978).  Counsel delivered a copy of the brief to appellant.  We advised appellant of her right to file a pro se response, but she did not file a pro se response.

We have reviewed the record and counsel's brief.  *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases).  We agree the appeals are frivolous and without merit.  We find nothing in the record that might arguably support the appeals.

We affirm the trial court's judgments.


/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

130116F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JENNY REBECCA BONHAM,
Appellant

No. 05-13-00116-CR        V.

THE STATE OF TEXAS, Appellee

Appeal from the 204th Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F12-54172-Q).
Opinion delivered by Justice Lang-Miers,
Justices O'Neill and Evans participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered September 30, 2013.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

JENNY REBECCA BONHAM,
Appellant

No. 05-13-00117-CR        V.

THE STATE OF TEXAS, Appellee

Appeal from the 204th Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F12-54174-Q).
Opinion delivered by Justice Lang-Miers,
Justices O'Neill and Evans participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered September 30, 2013.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE